**Charles JONES, a/k/a Nicholas Warner Jones, a/k/a Jeffrey Victor Warner, Plaintiff—Appellant,**

v.

**Arrie W. DAVIS, Judge; Robert M. Bell, Chief Judge; Baltimore City Municipal Corporation, Defendants—Appellees.**

No. 04–6158.

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2004.

Decided: April 2, 2004.

Charles Jones, Appellant pro se.

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Davis,* No. CA–03–3526–RDB (D.Md. Dec. 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*